IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 14-cv-01431-RM-BNB

JULIE ADAMS, and
MICHAEL ADAMS,

Plaintiffs,

v.

JEFFREY WOMBLE, M.D., and
THE MEMORIAL HOSPITAL,

Defendants.
_____

**ORDER**
_____

This matter arises on the **Parties' Joint Motion for Stay Pending Resolution of Motions to Dismiss Related to Governmental Immunity Act Notice Provisions** [Doc. # 37, filed 9/18/2014] (the "Motion to Stay").  Good cause has been shown for the relief requested.

IT IS ORDERED:

(1)   The Motion to Stay [Doc. # 37] is GRANTED.  Disclosure requirements are abated and no discovery is allowed pending further order of the court.

(2)   The Scheduling Conference set for October 10, 2014, is VACATED to be reset by further order of the court.

(2)   The parties shall file a status report within ten days after any ruling on Memorial Hospital's Motion to Dismiss [Doc. # 22] and/or Jeffrey Womble's Motion to Dismiss [Doc. # 33] advising me of the nature of the ruling and, if appropriate, requesting that a scheduling conference be set.

Dated September 18, 2014.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge