**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-01431-RM-NYW

JULIE ADAMS AND MICHAEL ADAMS

 Plaintiffs

vs.

JEFFREY WOMBLE, M.D.

 Defendant

___

**STIPULATION FOR DISMISSAL WITH PREJUDICE**
___

 The parties, through their respective counsel, hereby stipulate that this action shall be dismissed with prejudice, each party to pay their own fees and costs.

 It is further stipulated and agreed that an appropriate Order of Dismissal with Prejudice be entered herein upon the filing of this Stipulation for Dismissal, without further notice by or to any party.

 Respectfully submitted this 13th day of February, 2017.

| | |
|---|---|
| Kim B. Childs, Esq. | Julie Adams |
| *s/ Kim B. Childs* | *s/ Julie Adams* |
| Childs McCune LLC | 3738A US Hwy 26/86 |
| 248 Cottonwood Street | Torrington WY 82240 |
| Delta, CO   81416 | (307) 575-9172 |
| 970-874-1600 | |
| kchilds@childsmccune.com | |
| Attorneys for Defendant | |

1

Michael Adams

*s/ Michael E. Adams*
_____
3738A US Hwy 26/86
Torrington WY 82240
(307) 575-9165