**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 14-cv-01431-RM-NYW

JULIE ADAMS AND MICHAEL ADAMS

    Plaintiffs

vs.

JEFFREY WOMBLE, M.D.

    Defendant

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

COMES NOW THE COURT, and having considered the Stipulation for Dismissal With Prejudice (ECF No. 91), and being fully advised in the premises,

HEREBY ORDERS that all claims in this case are hereby dismissed with prejudice, each such party to pay his or her own costs and fees.

DATED this 13th day of February, 2017.

                                            BY THE COURT:

                                            RAYMOND P. MOORE
                                            United States District Judge